# Third District Court of Appeal

## State of Florida

Opinion filed July 16, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0745
Lower Tribunal No. F05-31610
_____

**James Martin,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

James Martin, in proper person.

James Uthmeier, Attorney General, and Sandra Lipman, Senior Assistant Attorney General, for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. See Wainwright v. State, No. SC2025-0708, 2025 WL 1561151 (Fla. June 3, 2025), cert. denied sub nom. Wainwright v. Florida, No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025); Jonathan Arias v. The State of Florida, No. 3D25-0297, 2025 WL 1699998 (Fla. 3d DCA June 18, 2025); Pedro Pablo Del Sol v. State of Florida, No. 3D25-0654, 2025 WL 1699974 (Fla. 3d DCA June 18, 2025); Julio Acosta v. State of Florida, No. 3D24-2218, 2025 WL 1699892 (Fla. 3d DCA June 18, 2025).